# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2009

139144

SHARON BROOKS, Personal
Representative of the Estate of
Dominique Wade, Deceased,
                    Plaintiff-Appellee,

v

STARR COMMONWEALTH,
                    Defendant/Cross-
                    Defendant-Appellant,

and

BRIDGEWAY SERVICES, L.L.C.,
                    Defendant/Cross-
                    Plaintiff-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139144
COA: 277469
Oakland CC: 2005-065114-NO

On order of the Court, the application for leave to appeal the May 28, 2009 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether, under the facts of this case, defendant Starr Commonwealth's alleged failure to "immediately" notify, within the meaning of MCL 803.306a(1), appropriate authorities of Michael Kirksey's escape constituted negligence per se, (2) whether defendant Starr Commonwealth's conduct was a proximate cause of plaintiff's loss, and (3) whether MCL 803.306a(1) creates a duty with respect to the general public.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2009

_____
Clerk